FILED

02/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0428

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0428

STATE OF MONTANA,

Plaintiff and Appellant,

v.

TYLER EDWARD GIFFIN,

Defendant and Appellee.

## ORDER

Upon consideration of Appellee's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including March 10, 2021, within which to prepare, file, and serve Appellee's response brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 1 2021